`IN THE UNITED STATE BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

In re:

BASTINGS, RONALD                                   Case No. 00-30679

BASTINGS, MELISSA ANN

                        Debtor(s)


## MOTION TO TRANSFER BALANCE TO REGISTRY FUND

Comes now Norman E. Rouse, Trustee and states that there is on deposit in Chase Manhattan Bank to the credit of the above captioned estate, the sum of $8,169.71.

The sum of $8,169.71 is from funds that were returned to the trustee by Ronald and Melissa Bastings the check was never cashed.

Wherefore Norman E. Rouse, Trustee prays that this Court enter an order allowing-said trustee to pay to the Clerk of the United State Bankruptcy Court as provided by §347 of the Bankruptcy Code, the sum of $ 8,169.71 constituted by the following

| | |
|---|---|
| Ronald and Melissa Bastings | $ 8,169.71 |
| Total | $ 8,169.71 |

/s/ Norman E. Rouse
Norman E. Rouse, Trustee